IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:04cr18-V

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GERROD SHUFORD ) | |

**THIS MATTER** is before the Court on Defendant's "Ex Parte Under Seal Motion to For Authorization to Submit Interim CJA-20 Attorney Payment Voucher".

The Court finds that the Defendant's request for interim payment is appropriate.

**IT IS, THEREFORE, ORDERED** that Defendant's motion for interim payment is hereby **GRANTED**.

**THIS** the 1st day of November 2005.

**RICHARD L. VOORHEES**
**UNITED STATES DISTRICT COURT JUDGE**